HOWLAND S. DAVIS et al., Appellants, v. GEORGE C. FRASER et al., as Trustees of Texas Pacific Land Trust under a Declaration of Trust Made by CHARLES J. CANDA and Others, et al., Respondents.

Submitted November 15, 1954; decided December 31, 1954.

Motion for reargument denied, with $10 costs and necessary printing disbursements. [See 307 N. Y. 433.]